# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-50897 |
| RICOP CONSTRUCTION CO. | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-RICOP ENTERPRISES, INC. | : | Case No. 17-50898 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-1 RICOP, LLC | : | Case No. 17-50899 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-2 RICOP, LLC | : | Case No. 17-50901 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-3 RICOP, LLC | : | Case No. 17-50902 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-4 RICOP, LLC | : | Case No. 17-50904 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| | : | |

| | | |
|---|---|---|
| LJW-5 RICOP, LLC | : | Case No. 17-50905 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |

### CHAPTER 7 TRUSTEE'S MOTION FOR JOINT ADMINISTRATION OF MULTIPLE DEBTOR BANKRUPTCY CASES

The Chapter 7 Trustee, Christal L. Caudill, ("Trustee") hereby submits this motion (the "Motion"), pursuant to 11 U.S.C. §105 and Rule 1015 (b) of the Federal Rules of Bankruptcy Procedure for the joint administration of the above referenced debtor cases. The Trustee's request is for procedural purposes only. The basis for this Motion is more fully set forth in the following Memorandum in Support.

Respectfully submitted,

/s/ Christal L. Caudill_____
Christal L. Caudill
Chapter 7 Trustee
3757 Attucks Drive
Powell Ohio 43065
Telephone: (614) 389-4942
Facsimile: (614) 389-3857
clcaudill@caudill-law.com

### MEMORANDUM IN SUPPORT

**I.      JURISDICTION AND VENUE**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. This proceeding is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

3. The Debtors commenced these cases by the filing of voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code on February 20, 2017 (the "Petition Date").

4. It is the information and belief of the Trustee, based upon her review of the filings herein and her meeting to date with representatives of the Debtors that:

   a. Debtor, Ricop Construction Company ("Ricop") is an Ohio for-profit corporation, formed on October 9, 1990. Rebecca Beatty is the sole shareholder of the Class A voting shares of Ricop. Ms. Beatty also holds 46.67% of the Class B non-voting shares, with the remaining Class B non-voting shares owned equally by Lorissa Bennett and Jody Steen. At all relevant times, Walter Beatty has acted as the President of Ricop. Following its inception, Ricop acted as a commercial general contractor, primarily in the Midwest region. A large degree of Ricop's work centered around the construction and renovation of automobile dealerships. Prior to the Petition Date, Ricop entered into a contract with an automobile dealership in West Virginia for the renovation of an existing dealership. However, prior to the Petition Date, and before any work could be commenced, the contract was terminated by the owner. As of the Petition Date, Ricop had no ongoing construction projects.

   b. Debtor, LJW-Ricop Enterprises, Inc. ("LJW") is an Ohio for-profit corporation, formed on April 29, 1997. Ms. Bennett and Ms. Steen each own 20% of the shares of LJW, with the remaining shares held by the Walter J. Beatty Revocable Trust dated October 7, 1999. Similar to Ricop, Mr. Beatty has acted as the President of LJW

since its inception. In the fall of 2014, largely as a result of the oil and gas boom in Southeast Ohio and neighboring states, the decision was made to create five (5) wholly owned subsidiaries of LJW, with the idea that each subsidiary would perform construction projects in a designated industry. Other than its status as the sole member of the five (5) wholly owned subsidiaries, LJW has had very little business activity since its inception. In fact, LJW's only other business activity has been as the lessor under various equipment leases with Ricop.

c. Debtor, LJW-1 Ricop LLC, ("LJW-1") is an Ohio limited liability company, formed on September 12, 2014. LJW-1 was designated to perform construction projects primarily in the automotive industry. Prior to the Petition Date, LJW-1 was engaged in two (2) separate projects at automobile dealerships located in Lancaster and Delphos, Ohio. These contracts were terminated by the owners prior to the Petition Date. As of the Petition Date, LJW-1 had no ongoing construction projects.

d. Debtor LJW-2-Ricop, LLC ("LJW-2") is an Ohio limited liability company formed on September 30, 2014. Similar to LJW-1, LJW-2 was designated to perform construction projects primarily in the automotive industry. Prior to the Petition Date, LJW-2 was engaged in two separate projects at automobile dealerships in Kokomo, Indiana, and Minerva, Ohio. These contracts were terminated by the owners prior to the Petition Date. As of the Petition Date, LJW-2 had no ongoing construction projects.

e. Debtor LJW-3 Ricop, LLC ("LJW-3") is an Ohio limited liability company formed on September 30, 2014. LJW-3 was designated to perform construction projects primarily in the hospitality industry. Prior to the Petition Date, LJW-3 was

engaged in the construction of a Staybridge Suites hotel in Miamisburg, Ohio. This contract was terminated by the owner prior to the Petition Date. As of the Petition Date, LJW-3 had no ongoing construction projects.

f. Debtor LJW-4 Ricop, LLC ("LJW-4") is an Ohio limited liability company formed on September 30, 2014. LJW-4 was designated to perform construction projects primarily in the manufacturing industry. Prior to the Petition Date, LJW-4 was engaged in the construction of a manufacturing facility in Canal Winchester. This contract was terminated by the owner prior to the Petition Date. As of the Petition date, LJW-4 had no ongoing construction projects.

g. Debtor LJW-5 Ricop, LLC ("LJW-5") is an Ohio limited liability company formed on September 30, 2014. LJW-5 was created for the purpose of performing construction projects in other industries, as the need arose. Prior to the Petition Date, LJW-5 was engaged in the construction of a multi-use development in Hilliard, Ohio, consisting of retail and apartments. This contract was terminated by the owner prior to the Petition Date. As of the Petition Date, LJW-5 had no ongoing construction projects.

5. The Trustee is further informed and believes that, following the creation of LJW-1, LJW-2, LJW-3, LJW-4 and LJW-5 (collectively, referred to as the "Subsidiaries"), Ricop acted as the management company for each of the Subsidiaries, and was primarily responsible for providing employees and equipment on a project-by-project basis. Further, Ricop, LJW, and the Subsidiaries all operated out of the same office, located at 2040 Fairwood Avenue, Columbus, OH 43207.

6. The Trustee is further informed and believes that, beginning in 2015, due in large part to various project delays, Ricop and certain of the Subsidiaries began encountering cash flow issues.  In an attempt to alleviate some of the financial pressures, Ricop, LJW and certain of the Subsidiaries began lending between one another on an as needed basis.  These intercompany loans continued to occur through the beginning of 2017, at which time the determination was made that Ricop, LJW and the Subsidiaries were no longer viable entities, and the decision was made to file these chapter 7 cases.

### III.    RELIEF REQUESTED

7. Bankruptcy Rule 1015(b) provides that , if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015 (b). The Debtors are "affiliates," as that term is defined in 11 U.S.C. § 101(2). As stated above, Ricop Construction Company and LJW-Ricop Enterprises, Inc. have overlapping and related ownership and LJW- 1 Ricop LLC, LJW-2 Ricop LLC, LJW-3 Ricop LLC, LJW-4 Ricop LLC and LJW-5 Ricop LLC are wholly owned subsidiaries of LJW-Ricop Enterprises, Inc.  Accordingly, this Court is authorized to grant the relief requested.

8. The joint administration of the Debtors' Chapter 7 cases will permit the Clerk of Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. The Trustee anticipates that numerous notices, applications, motions and other pleadings and orders in these cases will affect all of the Debtors. Joint administration will permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on the number documents that will be filed and served in these cases. Joint administration also will enable parties in interest in each of the above captioned Chapter 7 cases to be apprised of the various matters before the Court in all of the cases.

9. These cases involve Debtors with numerous creditors, the entry of an order of joint administration will (a) significantly reduce the volume of paper that otherwise would be filed with the Clerk of Court, (b) render the completion of various administrative tasks less costly, and (c) minimize the number of unnecessary delays associated with the administration of numerous separate Chapter 7 cases. Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of the parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' Chapter 7 cases.

10. An order of joint administration relates to the routine administration of a case. Moreover, the entry of joint administration orders in multiple related cases such as a these is common.

11. For all of the foregoing reasons, the Trustee respectfully requests the immediate entry of an Order providing for the joint administration of the Debtors' Chapter 7 cases pursuant to Bankruptcy Rule 1015(b).

### IV.   WAIVER OF MEMORANDUM OF LAW

12. The Trustee submits that this Motion does not present any novel issues of law requiring further briefing. Therefore, the Trustee requests that the Court waive the requirement pursuant to Rule 9013-1(a) of the Local Rules for the United States Bankruptcy Court for the Southern District of Ohio for a separate memorandum in support of this Motion.

### V.    NOTICE

13. Notice of this Motion will be given to debtors' counsel, Unites States Trustee

and all creditors and parties in interest of all Debtors. In light of the nature of the relief requested herein, the Trustee submits that no other or further notice is required.

14. No prior request for the relief sought in this Motion has been made to this or any other Court.

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially in the form of the proposed Order Directing Joint Administration of Related Chapter 7 Cases attached hereto as Exhibit "A", granting the relief requested herein and such other further relief the Court deems just and proper.

Respectfully submitted,

/s/ Christal L. Caudill_____
Christal L. Caudill
Chapter 7 Trustee
3757 Attucks Drive
Powell Ohio 43065
Telephone: (614) 389-4942
Facsimile: (614) 389-3857
clcaudill@caudill-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Chapter 7 Trustee's Motion for Joint Administration of Multiple Debtor Bankruptcy Cases was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail**, postage prepaid on **March 14 , 2017**  addressed to:

All Parties on the attached list

/s/Christal L.Caudill_____
Christal L. Caudill

```
Label Matrix for local noticing           2040 Enterprise Ltd.                      Thomas R Allen
0648-2                                    125 Hillcrest Dr.                         Allen Kuehnle Stovall & Neuman LLP
Case 2:17-bk-50897                        Lancaster, OH 43130-7400                  17 South High Street, Suite 1220
Southern District of Ohio                                                           Columbus, OH 43215-3441
Columbus
Tue Mar 14 11:33:19 EDT 2017

Alpha Associates, Incorporated            Asst US Trustee (Col)                     Attn: BMW Bank of North America Department
c/o Richard A. Colebank                   Office of the US Trustee                  Ascension Capital Group
209 Prairie Avenue                        170 North High Street                     Account: XXXXX6701
Morgantown, WV 26501-5934                 Suite 200                                 P.O. Box 165028
                                          Columbus, OH 43215-2417                   Irving, TX 75016-5028

AuF Drug Testing Service                  BMW Bank of North America                 BMW Bank of North America
26101 Village Ln. Suite 302               c/o Ascension Capital Group               PO Box 78066
Cleveland, OH 44122-7525                  P.O. Box 165028                           Phoenix, AZ 85062-8066
                                          Irving, TX 75016-5028

Barry Farmer Draperies, Inc.              Becky Beatty                              Christal L Caudill
11635 Deerfield Rd.                       125 Hillcrest Dr.                         3757 Attucks Drive
Cincinnati, OH 45242-1421                 Lancaster, OH 43130-7400                  Powell, OH 43065-6080

Chase Card Services                       Christopher J. Minnillo                   Comcast Cable
c/o Cardmember Service                    1500 W. Third Avenue, Suite 210           PO Box 7500
PO Box 94014                              Columbus, Ohio 43212-2817                 Southeastern, PA 19398-7500
Palatine, IL 60094-4014

Cook Brothers Bldg. & Excav Inc.          Cook Brothers Building & Excavating, Inc  Dominion Transmission, Inc.
4006 Freedom Hwy. Ste. 1                  c/o Kenneth Cook                          c/o Steptoe & Johnson PLLC
Fairmont, WV 26554-0001                   4006 Freedom Hwy., Ste. 1                 400 White Oaks Blvd.
                                          Fairmont, WV 26554-0001                   Bridgeport, WV 26330-4500

Donald Schofield &Assoc., Inc.            Duke Energy Ohio, Inc.                    Emens & Wopler Law Firm, LPA
72 Mill Street                            PO Box 1326                               One Easton Oval, Suite 500
Gahanna, OH 43230-3012                    Charlotte, OH 28201-1326                  Columbus, OH 43219-6061

Fairfield Heating & Cooling, Inc.         Harry Green Chevrolet, Inc.               INTERNAL REVENUE SERVICE
512 S. Broad St.                          c/o Harry L. Green, III                   PO BOX 7346
Lancaster, OH 43130-4326                  Route 50 East                             PHILADELPHIA, PA 19101-7346
                                          Clarksburg, WV 26302

Indiana Department of Revenue             J. Yankle Company Ltd.                    Key Blue Prints Inc.
P.O. Box 7206                             6061 Taylor Road                          195 E. Livingston Ave.
Indianapolis, IN 46207-7206               Columbus, OH 43230-3211                   Columbus, OH 43215-5793

Kris-Krete Concrete                       LJW-1-Ricop LLC                           LJW-2-Ricop LLC
Attn: David Moore                         2040 Fairwood Avenue                      2040 Fairwood Avenue
PO Box 945                                Columbus, OH 43207-1735                   Columbus, OH 43207-1735
Charleston, WV 25323-0945
```

```
LJW-3 Ricop LLC                    LJW-4 Ricop LLC                    LJW-5 Ricop LLC
2040 Fairwood Avenue               2040 Fairwood Avenue               2040 Fairwood Avenue
Columbus, OH 43207-1735            Columbus, OH 43207-1735            Columbus, OH 43207-1735


LJW-Ricop Enterprises Inc.         Lawn Jon Grounds Care Inc.         Lee Westfell
2040 Fairwood Avenue               3601 Summit Road                   Isaac Wiles Burkholder & Teetor LLC
Columbus, OH 43207-1735            Pataskala, OH 43062-8878           Two Miranova Place, Suite 700
                                                                      Columbus, OH 43215-5098


Maxim Construction Company         Microtel Inn & Suites              Christopher J Minnillo
7275 Lancaster Circleville Rd.     480 Moxie Lane                     1500 W Third Ave Suite 210
Lancaster, OH 43130-9203           Delphos, OH 45833-9181             Columbus, OH 43212-2817


Monarch Automative Inc             NIPSCO                             Ohio Bureau of Workers' Compensation
1502 Wheeling Avenue               PO Box 13007                       Attn. Law Section Bankruptcy Unit
Glen Dale, WV 26038-1732           Merrillville, IN 46411-3007        P.O. Box 15667
                                                                      Columbus, OH 43215-0667


Ohio Department of Job and Family Svcs   Ohio Department of Taxation  Ohio Valley Septic Inc.
PO Box 182404                      Attn: Bankruptcy Division          190 Valley View Drive
Columbus, OH 43218-2404            PO Box 530                         Wheelersburg, WV 26070-1247
                                   Columbus, OH 43216-0530


Progressive Electric               Raze International                 Ricop Construction Company
Attn: Norm Daniels                 4295 Central Ave.                  2040 Fairwood Avenue
300 Summers Street, Suite 1270     Shadyside, OH 43947-1276           Columbus, OH 43207-1735
Charleston, WV 25301-1630


Roetzel & Andress Co., LPA         Speedway                           UPS
c/o Jeremy S. Young                PO Box 740587                      PO Box 7247-0244
155 East Broad St., 12th Floor     Cincinnati, OH 45274-0587          Philadelphia, PA 19170-0001
Columbus, OH 43215-3615


Verizon Wireless                   Walter Beatty                      Webb Plumbing
PO Box 25505                       125 Hillcrest Drive                Attn: Stephen Hoyer
Lehigh Valley, PA 18002-5505       Lancaster, OH 43130-7400           22 Capital Street
                                                                      Charleston, WV 25301-2824


West Virginia State Tax Department Zashin & Rich Co., LPA             newImage Business Cards
PO Box 3694                        950 Main Ave., 4th Floor           121 Academy Ct.
Charleston, WV 25336-3694          Cleveland, OH 44113-7215           Gahanna, OH 43230-6138
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          (u)Maxim Construction Company         End of Label Matrix
PO Box 7346                          7275 Lancaster Circleville            Mailable recipients   56
Philadelphia, PA 19101-7346          Lancaster                             Bypassed recipients    2
                                                                           Total                 58
```

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-50897 |
| RICOP CONSTRUCTION CO. | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-RICOP ENTERPRISES, INC. | : | Case No. 17-50898 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |
| LJW-1 RICOP, LLC | : | Case No. 17-50899 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| —————————————— | : | |
| | : | |

| | | |
|---|---|---|
| LJW-2 RICOP, LLC | : | Case No. 17-50901 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| _____ | : | |
| | : | |
| LJW-3 RICOP, LLC | : | Case No. 17-50902 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| _____ | : | |
| | : | |
| LJW-4 RICOP, LLC | : | Case No. 17-50904 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |
| _____ | : | |
| LJW-5 RICOP, LLC | : | Case No. 17-50905 |
| | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | Judge C. Kathryn Preston |

**ORDER GRANTING MOTION OF THE CHAPTER 7 TRUSTEE SEEKING JOINT ADMINISTRATION OF MULTIPLE DEBTOR BANKRUPTCY CASES**
(REL DOC NO. ___)

This matter coming before the Court on the Motion of the Chapter 7 Trustee ("Trustee") for an Order directing joint administration of related chapter 7 cases of Ricop Contruction Co. (17-50897), LJW-Ricop Enterprises Inc. (17-50898), LJW-1 Ricop, LLC (17-50899), LJW-2 Ricop LLC (17-50901), LJW3-Ricop LLC (17-50902), LJW-4 Ricop LLC (17-50904), and LJW-5 Ricop LLC (17-50905) (the "Motion"); the Court having reviewed the Motion; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding, (c) notice of the Motion was sufficient under the

circumstances, and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED:**

1. The Motion is Granted.

2. The Debtors' respective captioned and numbered cases shall be, and hereby are, consolidated for procedural purposes only and shall be administered jointly in accordance with Bankruptcy Rule 1015(b).

3. Pleadings in these cases are authorized and required to bear a consolidated caption in the form set forth on Exhibit A attached hereto.

4. Parties are directed to ensure that motions, applications or other filings specify whether a filing affects all Debtors or just one Debtor and if so, to be clear which Debtor is affected, as set forth in Exhibit A.

5. A docket entry shall be made in each of the above captioned and numbered cases substantially as follows:

> An Order has been entered in this case directing the joint administration of the Chapter 7 cases of Ricop Contruction Co., LJW-Ricop Enterprises, Inc, LJW-1 Ricop, LLC, LJW-2 Ricop LLC, LJW3-Ricop LLC, LJW-4 Ricop LLC, and LJW-5 Ricop LLC. The docket in Case No. 17-50897 should be consulted for all matters affecting this case.

6. Notwithstanding this Order, proofs of claim shall be filed in each specific case. This Order is designed to facilitate the joint administration of docket related items (motions, applications, etc.).

7. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

8. The requirement pursuant to Local Bankruptcy Rule 9013-1(a) that the Trustee file a memorandum of law in support of the Motion is hereby waived.

9. Notwithstanding the possible applicability of Bankruptcy Rule 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. The clerk of the Court is hereby directed to enter this Order on the docket in each of the Cases.

10. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 7 cases.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

###

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-50897 |
| | : | (Jointly Administered) |
| RICOP CONSTRUCTION CO., *et al.,* | : | |
| | : | Chapter 7 |
| | : | |
| Debtors. | : | Judge C. Kathryn Preston |

_____

This filing Affects:

\_\_\_\_\_  All Debtors

\_\_\_\_\_  Ricop Construction Co.
         (17-50897)
\_\_\_\_\_  LJW-Ricop Enterprises Inc.
         (17-50898)
\_\_\_\_\_  LJW-1 Ricop LLC
         (17-50899)
\_\_\_\_\_  LJW-2 Ricop LLC
         (17-50901)
\_\_\_\_\_  LJW-3 Ricop LLC
         (17-50902)
\_\_\_\_\_  LJW-4 Ricop LLC
         (17-50904)
\_\_\_\_\_  LJW-5 Ricop LLC
         (17-50905)