# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-50897 | CKP | Judge: | C. Kathryn Preston | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | Ricop Construction Company | | | | Date Filed (f) or Converted (c): | 02/20/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/30/2017 |
| For Period Ending: | 04/04/2017 | | | | Claims Bar Date: | 06/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. PNC Business Checking (Operating Account) | 17,862.26 | 17,862.26 | | 17,862.26 | FA |
| 2. PNC Business Checking (Payroll) | 181.51 | 181.51 | | 181.51 | FA |
| 3. PNC Business Money Market | 0.00 | 6.17 | | 6.17 | FA |
| 4. PNC Business Account (HSA) | 78.35 | 78.35 | | 78.35 | FA |
| 5. Prepaid income taxes | 1,300.00 | Unknown | | 0.00 | Unknown |
| 6. Misc Office Furniture & Fixtures and Warehouse Equipment | Unknown | Unknown | | 0.00 | Unknown |
| 7. Office Furniture | Unknown | Unknown | | 0.00 | Unknown |
| 8. Office Fixtures | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Office and Computer Equipment | Unknown | Unknown | | 0.00 | Unknown |
| 10. 2004 Hummer H2 | 8,000.00 | 0.00 | | 0.00 | 8,000.00 |
| 11. 2010 Carmaro | 16,000.00 | 0.00 | | 0.00 | 16,000.00 |
| 12. 2011 Ford F150 | 4,000.00 | 0.00 | | 0.00 | 4,000.00 |
| 13. 2013 BMW 335XI | 21,697.00 | 0.00 | OA | 0.00 | FA |
| 14. Lease of Business Location | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. Machinery, Equipment, Fixtures | Unknown | Unknown | | 0.00 | Unknown |

                                                                                    Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)          $69,119.12        $18,128.29                    $18,128.29          $28,000.00
                                                                                    (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/01/17 Telephone conf with Tom Allen regarding case
03/14/17 Motion for Joint Administration
03/16/17 Meeting with Tom Allen and President, Walter Beatty
04/04/17 341 Meeting of Creditors Held

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:    /s/ CHRISTAL L. CAUDILL    Date: 04/04/2017

CHRISTAL L. CAUDILL
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4940