**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-50897 |
| | : | (Jointly Administered) |
| RICOP CONSTRUCTION CO., *et al.,* | : | |
| | : | Chapter 7 |
| | : | |
| Debtors. | : | Judge C. Kathryn Preston |

_____

This filing Affects:

\_\_\_\_\_   All Debtors
X\_\_\_   Ricop Construction Co.
       (17-50897)
X\_\_\_   LJW-Ricop Enterprises Inc.
       (17-50898)
\_\_\_\_\_   LJW-1 Ricop LLC
       (17-50899)
\_\_\_\_\_   LJW-2 Ricop LLC
       (17-50901)
\_\_\_\_\_   LJW-3 Ricop LLC
       (17-50902)
\_\_\_\_\_   LJW-4 Ricop LLC
       (17-50904)
\_\_\_\_\_   LJW-5 Ricop LLC
       (17-50905)

**AMENDED
MOTION BY CHRISTAL L. CAUDILL, TRUSTEE FOR AN ORDER
(1) AUTHORIZING THE TRUSTEE TO SELL AT PUBLIC AUCTION ASSETS OF
RICOP CONSTRUCTION CO. AND LJW-RICOP ENTERPRISES, INC.; (2)
AUTHORIZING THE SALE OF THE ASSETS TO BE FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS AND ENCUMBRANCES; (3) APPROVING THE AUCTION
SALE PROCEDURES AND PAYMENT TO AUCTIONEER**

Christal L. Caudill, Trustee (the "Trustee"), the Trustee in the Chapter 7 cases of Ricop Construction Co. and LJW-Ricop Enterprises, Inc. (the "Debtors") moves the Court for the entry of an Order pursuant to the provisions of 11 U.S.C. §§105, 328, 330, and 363, Federal Rules of Bankruptcy Procedure 2002, 2016, and 6004 and Local Bankruptcy Rules 2016-1 and 6004-1 authorizing the Trustee to sell the following described business assets upon the following terms and conditions:

1. **MOTOR VEHICLES TO BE SOLD** – The Trustee requests authority to sell a 2004 Hummer H2, 2010 Camaro, and a 2011 Ford F150 (the "Motor Vehicles"). The Motor Vehicles are owned by Ricop Construction Co.  The 2004 Hummer H2 is valued on debtor's schedules at $8,000; the 2010 Camaro is valued on debtor's schedules at $16,000; the 2011 Ford F150 is valued on debtor's schedules at $4,000.

2. **OFFICE FURNITURE AND OTHER BUSINESS PROPERTY TO BE SOLD** –

The Trustee requests authority to sell a Skidsteer, Auger Bits and attachments owned by LJW-Ricop Enterprises, Inc., office furniture, fixtures, and warehouse equipment owned by Ricop Construction Co. The debtors valued the Skidsteer, Auger Bits and attachments, office furniture, fixtures, and warehouse equipment as unknown in its bankruptcy schedules.  The auctioneer believes these assets to be collectively valued at approximately $20,000.

3. **THE AUCTION SALE OF THE MOTOR VEHICLES AND BUSINESS ASSETS  -**

The Trustee requests authority to sell the Motor Vehicles, Skidsteer, Auger Bits and attachments, office furniture, fixtures, and warehouse equipment  (collectively referred to as "Assets") at a public auction (the "Auction") upon the following terms and conditions:

A.  <u>The Auctioneer</u> – The auctioneer will be Chris Davis dba Auction Ohio ("Auctioneer"). The Trustee has filed a separate Application to Employ the Auctioneer which was granted by this Court on June 26, 2017 (See Doc. No. 46).

B.  <u>The Auction</u> – The Auction will be an online absolute auction with no minimum bid. The Auction will begin at 9:00 a.m. on August 14, 2017 and end on September 7, 2017 at 7:00 p.m. The Auction will be managed by the Auctioneer using its website (www.auctionohio.com) and related electronic communication services. The Assets will remain at the Debtors' Premises throughout the auction process and purchasers will pick up their purchases at the Debtors' business location located at 2040 Fairwood Avenue, Columbus, Ohio.

C.  <u>The Successful Bidder</u> – The person or entity making the highest bid ("Highest Bid") for the Assets at the conclusion of the Auction will be the "Successful Bidder" (or the "Purchaser"). The amount of the Highest Bid will be the "Purchase Price".

D.  <u>The Payment of the Auctioneer and Expenses</u> - Trustee seeks authority to pay to the Auctioneer a commission of fifteen percent (15.00%) of the gross proceeds from the proceeds of the auction. Auctioneer will pay any sales and advertisement costs from its commission and Trustee will not be required to pay any such costs or expenses.

E.  <u>Conveyance of Title to the Assets</u> – The Trustee shall convey title to the Assets by execution and delivery of a Bill of Sale and Certificate of Title to the Motor Vehicles.

F.  <u>Sale of the Assets Free and Clear of Liens, Claims, Interests and Exclusions</u> – The Trustee requests that the Court order that pursuant to the provisions of 11 U.S.C. § 363 the sale of the Assets shall be free and clear of all liens, claims, interests and encumbrances to the maximum extent allowable and any liens, claims, interests or encumbrances regarding the Assets

will transfer to the proceeds from the sale of the Assets in the same order and priority as existed on the date of the filing of the Debtors' bankruptcy case.

G. "As Is" Transaction - The Trustee requests that the Court order that the Trustee shall not be required to make any representations or warranties of any kind whatsoever, express or implied, with respect to any matter relating to the condition of the Assets including the physical condition of any tangible asset or improvements thereto, and that the Purchaser shall accept the Assets at the Closing "as is," "where is," and "with all faults" and based solely upon the Purchaser's inspection and in the Assets' condition at the time of the closing.

H. Distribution of Proceeds –Upon completion of the sale, Trustee seeks authority to pay to the Auctioneer a commission of fifteen percent (15.00%) of the gross proceeds from the auction. The net proceeds shall be delivered to the Bankruptcy Estate.

A memorandum in support of this Motion follows.

Respectfully submitted,

/s/ Christal L. Caudill_____
Christal L. Caudill (0068032)
Caudill Law Group
3757 Attucks Drive
Powell Ohio 43065
Telephone: (614) 389-4942
Facsimile:  (614) 389-3857
clcaudill@caudill-law.com

## MEMORANDUM IN SUPPORT OF MOTION

**I.    JURISDICTION**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the General Order of Reference entered in this District.  Venue of the Debtors' Chapter 7 Case is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   The basis for the relief sought herein are §§ 105, 328, 330 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 2016, and 6004 and Local Bankruptcy Rules 2016-1 and 6004-1.

**II.   BACKGROUND**

1. The Debtors, Ricop Construction Co. ("Ricop") and LJW-Ricop Enterprises, Inc. ("LJW') filed their voluntary petitions under chapter 7 of the Bankruptcy Code on February 20, 2017 (the "Petition Date").  Christal L. Caudill is the duly appointed trustee in both cases.  The 341 meeting of creditors was held on April 4, 2017.

2. Among the assets of this estate is Ricop's interest in general office furniture and fixtures, office and warehouse equipment, and 3 vehicles, specifically, a 2004 Hummer H2, 2010 Camaro, and a 2011 Ford F150 (see attached Exhibit "A" for a detailed inventory).

3. Debtor, Ricop, is an Ohio for-profit corporation, formed on October 9, 1990. Ricop acted as a commercial general contractor, primarily in the Midwest region.  A large degree of Ricop's work centered around the construction and renovation of automobile dealerships. Debtor operated its business at 2040 Fairwood Avenue, Columbus, Ohio.

4. Debtor, LJW is an Ohio for-profit corporation, formed on April 29, 1997. LJW also operated from 2040 Fairwood Avenue, Columbus, Ohio.  In the fall of 2014, largely as a result of the oil and gas boom in Southeast Ohio and neighboring states, the decision was made to create five (5) wholly owned subsidiaries of LJW, with the idea that each subsidiary would

perform construction projects in a designated industry. Other than its status as the sole member of the five (5) wholly owned subsidiaries, LJW has had very little business activity since its inception. The only asset of LJW to be sold in this auction is a Skidsteer, Auger Bits and attachments (see attached Exhibit "B"). The Subsidiaries own no assets to be sold in this Auction.

5. The Trustee filed an Application to Employ Chris Davis dba Ohio Auction on May 24, 2017 (Doc. No. 32).

6. The Court entered an Order on June 26, 2017 authorizing the Trustee to employ Chris Davis as Auctioneer for the Trustee (Doc. No. 46).

7. The Trustee's Motion requests authority to sell the Assets at Auction and for related relief associated with the proposed sale of the Assets.

### III. THE LEGAL SUPPORT FOR THE SALE OF THE ASSETS UPON THESE TERMS AND CONDITIONS

1. **Basis for Sale of the Assets Free and Clear of Liens and Other Interests**

Under the terms and conditions of the proposed sale of the Assets, the Trustee must convey marketable title free and clear of liens. Accordingly, the Trustee requires the entry by the Court of an Order approving the sale of the Assets free and clear of liens, claims, interests and encumbrances. This provision is traditional in bankruptcy asset sales and is an important protection for a purchaser. Accordingly, it is a key provision that must be included in the sale of the Assets to the Purchaser.

Trustee is unaware of any party who may claim a security interest in any of the Assets. Debtors' Schedule D lists no other secured creditors. Debtor, Ricop, has a real estate lease agreement with 2040 Enterprise, Ltd. The lease agreement purports to claim a security interest in the Assets; however, Trustee has checked the records of the Ohio Secretary of State and has

discovered no valid security interest. In the event liens exist of which the Trustee is unaware, she seeks an order directing that any and all liens, claims, and encumbrances against the Assets to be sold attach to the proceeds of the sale, in the same order, amount, and priority as they exists against the Assets.

Section 363(f) of the Bankruptcy Code provides that the Trustee may sell property under § 363(b) free and clear of any interest in such property of an entity other than the estate only if one of the following conditions is satisfied:

A. applicable nonbankruptcy law permits sale of such property free and clear of such interest;

B. such entity consents;

C. such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

D. such interest is in a bona fide dispute; or

E. such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

Trustee believes that the requirements of Sections 363(b) and 363(f) are satisfied. To approve a sale under Section 363, a Bankruptcy Court should look for "a good business reason" for the sale. Stephens Industries, Inc. v. McClung, 789 F.2d 386, 389 (6th Cir.1986). Courts should also determine if the proposed sale is in the best interests of the bankruptcy estate. In re Phoenix Steel Corp., 82 B.R. 334 (Bankr. D. Del 1987). Trustee believes that a sound business reason exists for this sale and that the proposed sale is in the best interests of the estate. Trustee does not believe that she can sell the assets in a manner that will yield a higher net return to the bankruptcy estate. Trustee considered a number of alternatives and determined that the retention

of Auctioneer and the procedures proposed by Auctioneer, and as set forth in this Motion, will allow her to maximize the net recovery to the bankruptcy estate. Trustee further believes that any delay in the sale of the assets will result in a diminution of their value and of the proceeds which the Trustee could obtain.

    2.    **Basis of the Purchaser as Good Faith Purchaser**

"When a bankruptcy court authorizes a sale of assets pursuant to section 363(b)(1), it is required to make a finding with respect to the 'good faith' of the purchaser." In re Abbots Dairy, Inc., 788 F.2d 143, 149-50 (3rd Cir. 1986). The purpose of such a finding is to facilitate the operation of § 363(m) of the Bankruptcy Code, which provides a safe harbor for Purchaser of a debtor's property when the purchase is made in "good faith."

In this case, the Purchaser will constitute a good faith purchaser. The proposed purchase will be the result of an Auction conducted in good faith and at arm's length and which is a fair and reasonable means of selling the Assets.

    3.    **Notice**

Section 363 of the Bankruptcy Code, Bankruptcy Rule 6004 and Local Bankruptcy Rule 6004-1 require the Trustee to provide notice of, and an opportunity for hearing on any sale of estate property not in the ordinary course of business. Notice of the proposed sale of the Assets is being given to all entities, creditors and parties in interest in the Debtors' Cases. Accordingly, the notice requirements of sections of both the Bankruptcy Code and the relevant Rules are satisfied.

    4.    **Other Terms and Conditions**

All of the other terms and conditions of the Auction are fair and reasonable and are consistent with common practice for the sale of commercial assets.

For the foregoing reasons, the Trustee states that cause exists to grant the Trustee's Motion and the Trustee requests that the Court enter an Order granting the Motion and authorizing the sale of the Assets and authorizing payment of the Auctioneer from the proceeds as set forth in the Motion.

/s/ Christal L. Caudill
Christal L. Caudill, Esq.
*Attorney for Christal L. Caudill, Trustee*

## NOTICE OF FILING OF MOTION

Notice is hereby given that Christal L. Caudill, Trustee herein, has filed the following papers with the Court: Amended Motion By Christal L. Caudill, Trustee For An Order (1) Authorizing the Trustee to Sell at Public Auction Assets of Ricop Construction Co. and LJW-Ricop Enterprises, Inc.; (2) Authorizing the Sale of The Assets to be Free and Clear of Liens, Claims, Interests and Encumbrances; (3) Approving the Auction Sale Procedures and Payment to Auctioneer.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the Court to consider your views thereon, then on or before twenty-one (21) days from the date of service of this notice, you or your attorney must:

File with the Court a written request for a hearing along with a written response or an answer explaining your position.  This pleading must be filed at Clerk of Courts, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.  If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  The Court will send out a notice of hearing.  You must also mail a copy to:
        Christal L. Caudill
        3757 Attucks Drive
        Powell Ohio 43065

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief pursuant to the provisions of Local Bankruptcy Rule 9013.  This may include the Clerk entering a form order as proscribed by this Local Rule.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Motion By Christal L. Caudill, Trustee For An Order (1) Authorizing the Trustee to Sell at Public Auction Assets of Ricop Construction Co. and LJW-Ricop Enterprises, Inc.; (2) Authorizing the Sale of The Assets to be Free and Clear of Liens, Claims, Interests and Encumbrances; (3) Approving the Auction Sale Procedures and Payment to Auctioneer was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail**, postage prepaid on  **July 7, 2017** addressed to:

All parties on the attached list

              /s/Christal L. Caudill
              Christal L. Caudill

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:17-bk-50897<br>Southern District of Ohio<br>Columbus<br>Fri Jul  7 12:50:01 EDT 2017 | 2040 Enterprise Ltd.<br>125 Hillcrest Dr.<br>Lancaster, OH 43130-7400 | Aarons 81 US 40 LLC<br>81 US 40 SW<br>London OH 43140-8898 |
| Thomas R Allen<br>Allen Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215-3441 | Alpha Associates, Incorporated<br>c/o Richard A. Colebank<br>209 Prairie Avenue<br>Morgantown, WV 26501-5934 | Ascension Capital Group, Inc.<br>PO Box 165028<br>Irving, TX 75016-5028 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Attn: BMW Bank of North America Department<br>Ascension Capital Group<br>Account: XXXXX6701<br>P.O. Box 165028<br>Irving, TX 75016-5028 | AuF Drug Testing Service<br>26101 Village Ln. Suite 302<br>Cleveland, OH 44122-7525 |
| BMW Bank of North America<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | BMW Bank of North America<br>PO Box 78066<br>Phoenix, AZ 85062-8066 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Barry Farmer Draperies, Inc.<br>11635 Deerfield Rd.<br>Cincinnati, OH 45242-1421 | Becky Beatty<br>125 Hillcrest Dr.<br>Lancaster, OH 43130-7400 | Christal Caudill<br>3757 Attucks Drive<br>Powell, OH 43065-6080 |
| Christal L Caudill<br>3757 Attucks Drive<br>Powell, OH 43065-6080 | Caudill Law Group<br>3757 Attucks Dr.<br>Powell, OH 43065-6080 | Chase Card Services<br>c/o Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Christopher J. Minnillo<br>1500 W. Third Avenue, Suite 210<br>Columbus, Ohio 43212-2817 | Comcast Cable<br>PO Box 7500<br>Southeastern, PA 19398-7500 | Cook Brothers Bldg. & Excav Inc.<br>4006 Freedom Hwy. Ste. 1<br>Fairmont, WV 26554-0001 |
| Cook Brothers Building & Excavating, Inc<br>c/o Kenneth Cook<br>4006 Freedom Hwy., Ste. 1<br>Fairmont, WV 26554-0001 | (p)AUCTION OHIO<br>6555 BUSCH BOULEVARD SUITE 230<br>COLUMBUS OH 43229-1790 | Dominion Energy Transmission, Inc.<br>120 Tredegar Street<br>Richmond, VA 23219-4306 |
| Dominion Transmission, Inc.<br>c/o Steptoe & Johnson PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV 26330-4500 | Donald Schofield &Assoc., Inc.<br>72 Mill Street<br>Gahanna, OH 43230-3012 | Duke Energy Ohio, Inc.<br>PO Box 1326<br>Charlotte, OH 28201-1326 |
| Emens & Wolper Law Firm<br>One Easton Oval Suite 550<br>Columbus, OH 43219-8033 | Emens & Wopler Law Firm, LPA<br>One Easton Oval, Suite 500<br>Columbus, OH 43219-6061 | Fairfield Heating & Cooling, Inc.<br>512 S. Broad St.<br>Lancaster, OH 43130-4326 |

| | | |
|---|---|---|
| Harry Green Chevrolet, Inc.<br>c/o Harry L. Green, III<br>Route 50 East<br>Clarksburg, WV 26302 | Vincent I. Holzhall<br>Steptoe & Johnson PLLC<br>41 South High Street<br>Huntington Center, Suite 2200<br>Columbus, OH 43215-3406 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Indiana Department of Revenue<br>P.O. Box 7206<br>Indianapolis, IN 46207-7206 | J. Yankle Company Ltd.<br>6061 Taylor Road<br>Columbus, OH 43230-3211 | Key Blue Prints Inc.<br>195 E. Livingston Ave.<br>Columbus, OH 43215-5793 |
| Kris-Krete Concrete<br>Attn: David Moore<br>PO Box 945<br>Charleston, WV 25323-0945 | LJW-1-Ricop LLC<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 | LJW-2-Ricop LLC<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 |
| LJW-3 Ricop LLC<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 | LJW-4 Ricop LLC<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 | LJW-5 Ricop LLC<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 |
| LJW-Ricop Enterprises Inc.<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 | Lawn Jon Grounds Care Inc.<br>3601 Summit Road<br>Pataskala, OH 43062-8878 | Lee Westfell<br>Isaac Wiles Burkholder & Teetor LLC<br>Two Miranova Place, Suite 700<br>Columbus, OH 43215-5098 |
| Manifold Phalor Real Estate, LLC<br>10385 Busey Road NW<br>Canal Winchester, OH 43110-8883 | Maxim Construction Company<br>7275 Lancaster Circleville Rd.<br>Lancaster, OH 43130-9203 | Microtel Inn & Suites<br>480 Moxie Lane<br>Delphos, OH 45833-9181 |
| Donald E Miehls<br> Tradesmen International, LLC<br>9760 Shepard Road<br>Macedonia, OH 44056-1124 | Christopher J Minnillo<br>1500 W Third Ave Suite 210<br>Columbus, OH 43212-2817 | Monarch Automative Inc<br>1502 Wheeling Avenue<br>Glen Dale, WV 26038-1732 |
| (p)MONTGOMERY COUNTY ENVIRONMENTAL SERVICES<br>1850 SPAULDING RD<br>KETTERING OH 45432-3732 | NIPSCO<br>PO Box 13007<br>Merrillville, IN 46411-3007 | Ohio Bureau of Workers' Compensation<br>Attn. Law Section Bankruptcy Unit<br>P.O. Box 15667<br>Columbus, OH 43215-0667 |
| Ohio Department of Job and Family Svcs<br>PO Box 182404<br>Columbus, OH 43218-2404 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 |
| (p)OHIO DEPARTMENT OF JOBS AND FAMILY SERVICE<br>ATTN DONN D ROSENBLUM<br>P O BOX 182404<br>COLUMBUS OHIO 43218-2404 | Ohio Valley Septic Inc.<br>190 Valley View Drive<br>Wheelersburg, WV 26070-1247 | Progressive Electric<br>Attn: Norm Daniels<br>300 Summers Street, Suite 1270<br>Charleston, WV 25301-1630 |

| | | |
|---|---|---|
| Progressive Electric, Inc.<br>Daniels Law Firm, PLLC<br>PO Box 1433<br>Charleston, WV 25325-1433 | Raze International<br>4295 Central Ave.<br>Shadyside, OH 43947-1276 | Reisenfeld & Associates, LPC, LLC<br>3962 Red Bank Road<br>Cincinnati, OH 45227-3408 |
| Ricop Construction Company<br>2040 Fairwood Avenue<br>Columbus, OH 43207-1735 | Roetzel & Andress Co., LPA<br>c/o Jeremy S. Young<br>155 East Broad St., 12th Floor<br>Columbus, OH 43215-3615 | Christopher Charles Ross<br>Pullin, Fowler, Flanagan, Brown & Poe<br>901 Quarrier St.<br>Charleston, WV 25301-2607 |
| John J Rutter<br>222 S Main St<br>Akron, OH 44308-1533 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | Jeffrey B Sams<br>10400 Blacklick Eastern Road, Ste 140<br>Pickerington, OH 43147-7702 |
| Speedway<br>PO Box 740587<br>Cincinnati, OH 45274-0587 | Alana Valle Tanoury<br>Steptoe & Johnson PLLC<br>41 S. High St., Suite 2200<br>Columbus, OH 43215-6141 | Tradesmen International, LLC<br>9760 Shepard Road<br>Macedonia, OH 44056-1124 |
| Turtle Creek Properties, LLC<br>Pullin, Fowler, Flanagan, Brown & Poe<br>901 Quarrier St.<br>Charleston, WV 25301-2607 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Walter Beatty<br>125 Hillcrest Drive<br>Lancaster, OH 43130-7400 | Waste Management<br>2625 W Grandview Rd. Suite 150<br>Phoenix, AZ 85023-3109 | Webb Plumbing<br>Attn: Stephen Hoyer<br>22 Capital Street<br>Charleston, WV 25301-2824 |
| West Virginia State Tax Department<br>PO Box 3694<br>Charleston, WV 25336-3694 | Zashin & Rich Co., LPA<br>950 Main Ave., 4th Floor<br>Cleveland, OH 44113-7215 | newImage Business Cards<br>121 Academy Ct.<br>Gahanna, OH 43230-6138 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services NA LLC<br>PO Box 3608<br>Dublin OH 43016 OH   43016 | Chris Davis<br>Auction Ohio<br>6511 Proprietors Road<br>Worthington, OH 43085 | Montgomery County Environmental Services<br>1850 Spaulding Rd.<br>Kettering OH 45432 |
| Ohio Dept. of Job & Family Services<br>Attn: Donn Rosenblum  OUIO Tax Appeals<br>P.O. Box 182404<br>Columbus, OH 43218-2404 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)J. Yankle Company, Ltd. | (u)Maxim Construction Company<br>7275 Lancaster Circleville<br>Lancaster |
| (d)Tradesmen International, LLC<br>9760 Shepard Road<br>Macedonia, OH 44056-1124 | (u)Turtle Creek Properties, LLC | End of Label Matrix<br>Mailable recipients   80<br>Bypassed recipients    5<br>Total                 85 |

```
Label Matrix for local noticing        Thomas R Allen                          Asst US Trustee (Col)
0648-2                                  Allen Kuehnle Stovall & Neuman LLP     Office of the US Trustee
Case 2:17-bk-50898                      17 South High Street, Suite 1220       170 North High Street
Southern District of Ohio               Columbus, OH 43215-3441                Suite 200
Columbus                                                                       Columbus, OH 43215-2417
Fri Jul  7 12:49:17 EDT 2017

Christal L Caudill                      Caudill Law Group                      Indiana Department of Revenue
3757 Attucks Drive                      3757 Attucks Dr.                       P.O. Box 7206
Powell, OH 43065-6080                   Powell, OH 43065-6080                  Indianapolis, IN 46207-7206


Internal Revenue Service                Kris-Krete Concrete                    LJW-Ricop Enterprises Inc.
PO Box 7346                             Attn: David Moore                      2040 Fairwood Avenue
Philadelphia, PA 19101-7346             PO Box 945                             Columbus, OH 43207-1735
                                        Charleston, WV 25323-0945


Lee Westfell                            Ohio Bureau of Workers' Compensation   Ohio Department of Job and Family Svcs
Isaac Wiles Burkholder & Teetor LLC     Attn. Law Section Bankruptcy Unit      PO Box 182404
Two Miranova Place, Suite 700           P.O. Box 15667                         Columbus, OH 43218-2404
Columbus, OH 43215-5098                 Columbus, OH 43215-0667


Ohio Department of Taxation             Ohio Department of Taxation            Progressive Electric
Attn: Bankruptcy Division               Bankruptcy Division                    Attn: Norm Daniels
PO Box 530                              P.O. Box 530                           300 Summers Street, Suite 1270
Columbus, OH 43216-0530                 Columbus, OH 43216-0530                Charleston, WV 25301-1630


Progressive Electric, Inc.              Christopher Charles Ross               Turtle Creek Properties
Daniels Law Firm, PLLC                  Pullin, Fowler, Flanagan, Brown & Poe  P.O. Box 4454
PO Box 1433                             901 Quarrier St.                       Chapmanville, WV 25508-4454
Charleston, WV 25325-1433               Charleston, WV 25301-2607


Turtle Creek Properties                 Webb Plumbing                          West Virginia State Tax Department
Pullin, Fowler, Flanagan, Brown & P     Attn: Stephen Hoyer                    PO Box 3694
Attn: Christopher C. Ross, Esq.         22 Capital Street                      Charleston, WV 25336-3694
901 Quarrier St.                        Charleston, WV 25301-2824
Charleston, WV 25301-2607

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```